United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-12288-elf
Fajr K Elhadi                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 15, 2019
                             Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db          +Fajr K Elhadi,   651 Parkview Blvd.,   Lansdowne, PA 19050-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
          BRAD J. SADEK   on behalf of Debtor Fajr K Elhadi brad@sadeklaw.com,  bradsadek@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                    Chapter: 13

      Fajr K Elhadi

Debtor(s)                                                                 Case No: 16–12288–elf

_____

### *ORDER*

      AND NOW, 5/14/19 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

      ☑ A statement regarding completion of an instructional course concerning
      personal financial management, (Official Form B423) or a request for a waiver
      from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q),
      (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                                       For The Court

                                     Eric L. Frank

                                     Judge ,United States Bankruptcy
                                     Court